FILED

MAR 0 6 2012

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11CR3525-BEN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER TO/FOR:** |
| | ) | 1) **DISMISS INDICTMENT WITHOUT** |
| JAQUELYNE SANTOS (2), | ) | **PREJUDICE;** |
| | ) | 2) **JUDGMENT OF DISMISSAL;** |
| Defendant. | ) | 3) **BOND EXONERATION.** |
| | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that the Indictment in the above-referenced case be dismissed without prejudice as to defendant JAQUELYNE SANTOS. Bond is exonerated.

**SO ORDERED.**

DATED: March 05, 2012.

HON. ROGER T. BENITEZ
United States District Judge